**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

Herman L. Coachman, Jr.,

             Plaintiff,

   -against-

USAA SAVINGS BANK, and ALLTRAN
FINANCIAL, LP

          Defendants.

Docket No.

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that Defendant, Alltran Financial, L.P. ("ALLTRAN"), and USAA

SAVINGS BANK ("USAA") pursuant to 28 U.S.C. §§ 1441(a), 1446, 1331 and 1367, hereby

gives notice of its removal of this action from the District Court of Tarrant County, Texas, to the

United States District Court for the Northern District of Texas, Fort Worth Division, on the basis

of federal question jurisdiction.

      ALLTRAN asserts the following facts in support of its removal of the state court action:

      1.      Herman L. Coachman, Jr., ("Plaintiff"), commenced the state court action on or

about March 13, 2017, by filing his Complaint in the District Court of Tarrant County, Texas.

See Copy of Plaintiff's Complaint attached as Exhibit A.

      2.      ALLTRAN received a copy of the Summons and Complaint through the personal

service no earlier than on April 6, 2017.

      3.      Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely filed within the

thirty days of Defendant's receipt through formal service of process of the Summons and

Complaint. *Id*.

4. The District Court of Tarrant County, Texas, is located within the United States District Court for the Northern District of Texas, Fort Worth Division. Thus, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

5. This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1331 because Plaintiff's Complaint alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692.

6. Pursuant to 28 U.S.C. §1446(d), Defendant is filing a copy of this Notice of Removal with the Clerk of the District Court of Tarrant County, Texas, and is serving copies of both the state and federal court notices upon counsel for Plaintiff.

7. National Counsel for ALLTRAN has made contact with Christopher Mebane, an attorney with USAA's Legal Department, and has obtained consent for the removal of this lawsuit into this Court. Mr. Mebane indicated to ALLTRAN that USAA has not yet been served with the lawsuit. USAA's consent is attached hereto as Exhibit B.

8. ALLTRAN will file its Answer or other responsive pleading in a timely manner pursuant to Fed. R. Civ. P. 81(c).

WHEREFORE, Alltran Financial, L.P., with the consent of USAA FEDERAL SAVINGS BANK, hereby removes this action from the District Court of Tarrant County, Texas, to the United States District Court for Northern District of Texas, Fort Worth Division, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.

Dated:  April 27, 2017                        Respectfully submitted,

**SPROTT, NEWSOM,
QUATTLEBAUM & MESSENGER, PC**

By:     _s/ Kandy E. Messenger_
        Kandy E. Messenger
        SBN: 24053360
        2211 Norfolk, Suite 1150
        Houston, Texas  77098
        Tel:  713-523-8338
        Fax:  713-523-9422
        Email: messenger@sprottnewsom.com
        **ATTORNEY FOR DEFENDANT**
        **ALLTRAN FINANCIAL, LP**

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of April, 2017 a true and correct copy of the above and foregoing instrument was properly served on all counsel of record as follows:

Holly Sheffield                          _via Fax: 877-366-4747_
REZNIK LAW FIRM, PLLC                     _via CMRRR: 7013 1710 0001 9550 5335_
30 Wall Street, 8th Floor, #741
New York, NY 10005


                                         _s/ Kandy E. Messenger_
                                         Kandy E. Messenger